**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA,      :

          Docket No. 3:02CR110 (JCH)

VS.              :

KRIS AMY HOLDEFEHR      :   June 16, 2006

<u>APPEARANCE</u>

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the

United States of America, Christine Sciarrino, Assistant United States Attorney.

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY

          CHRISTINE SCIARRINO
          ASSISTANT UNITED STATES ATTORNEY
          UNITED STATES ATTORNEY'S OFFICE
          157 CHURCH STREET, 23RD FLOOR
          NEW HAVEN, CT  06510
          TEL: (203) 821-3700/FAX: (203) 773-5392
          JURIS NO: CT03393
          E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>Certification</u>

This is to certify that a copy of the foregoing was mailed postage prepaid on this 16th day of June, 2006 to:


Kris Amy Holdefehr
Norwalk, Connecticut


_____
Christine Sciarrino