UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Docket No. 3:02CR110 (JCH) |
| KRIS AMY HOLDEFEHR | : |

POST-JUDGMENT STIPULATION

Whereas, on July 16, 2002 criminal judgment was entered against the defendant, Kris Amy Holdefehr, in which she was ordered to pay restitution in the amount of $360,064.00; and

Whereas, the Government and the defendant, Kris Amy Holdefehr, now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by the Government and Kris Amy Holdefehr and ORDERED by this Court that:

1. Kris Amy Holdefehr shall continue to make monthly payments of at least $330.00 on the **15th** day of each and every month, for the months of May 2006 and June 2006.

2. Commencing on July 15, 2006 and every month thereafter, Kris Amy Holdefehr shall make monthly payments of at least $475.00 on the **15th** day of each and every month.

3.  Payments shall be made payable to "Clerk, United States District Court" and mailed to: Clerk's Office, United Stated District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.  Checks must reference the above docket number.

4.  The current balance of Kris Amy Holdefehr's criminal debt as of May 26, 2006 is $281,791.19.

5.  Kris Amy Holdefehr agrees to complete a financial statement upon the Government's request.

6.  The amount of the monthly payment may be modified by the mutual agreement of the parties or on motion of either party after consideration of Kris Amy Holdefehr's financial circumstances.

7.  Kris Amy Holdefehr's failure to comply with the payment schedule set forth in Paragraphs 1 and 2 above shall entitle to Government to declare the entire balance due immediately and shall further entitle the Government to collect upon this judgment in any manner provided by law, without notice.

8.  In addition to regular monthly payments, in accordance with Paragraphs 1 and 2, the Government may submit the debt to Treasury for inclusion in the Treasury Offset Program.  Under

this program, any federal payment to which Kris Amy Holdefehr is entitled may be offset and applied to this debt.

9. The Government further reserves the right to secure the amount of the judgment at any time by filing a lien on any property owned by the defendant.

10. Nothing in this agreement shall limit the right of the Government to utilize any collection remedy allowed by law to seize and liquidate any asset in which Kris Amy Holdefehr has an ownership interest.

Entry of the foregoing stipulation is consented to by:

For the Government:

DATED: June 16, 2006

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT  06508
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

For the Defendant:

DATED: 6/6/06

KRIS AMY HOLDEFEHR
NORWALK, CONNECTICUT 06850

APPROVED and SO ORDERED this _____ day of _____ 2006 at Bridgeport, Connecticut.

JANET C. HALL
UNITED STATES DISTRICT JUDGE